IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HEARTLAB, INC., | No. C-07-2076 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| BERKELEY HEART EUROPE A.S., et al., | |
| Defendants | |

Before the Court is the Declaration of Alan I. White, filed May 17, 2007, submitted by defendant Charles L. Dimmler III ("Dimmler") in response to the Court's order, filed May 3, 2007, directing Dimmler to show cause why the above-titled action should not be remanded for lack of subject matter jurisdiction.[1]

//

---

[1] Dimmler submitted the declaration on paper and failed to provide a chambers copy. Dimmler is referred to General Order No. 45, which provides that, with certain exceptions not applicable to said declaration, all documents shall be electronically filed. Further, Dimmler is referred to the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

Having reviewed the Declaration of Alan I. White, the Court finds Dimmler has sufficiently shown the amount in controversy exceeds $75,000, and, accordingly, DISCHARGES the order to show cause.[2]

**IT IS SO ORDERED.**

Dated:  May 18, 2007

MAXINE M. CHESNEY
United States District Judge

---

[2] In his declaration, counsel asserts that before the action was removed, Dimmler, and well as other defendants, had filed motions in state court, such as a motion to stay the instant action, and requests the Court rule on said motions.  Counsel is referred to Civil Local Rule 7-2(a), which sets forth that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."

2